**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lancer Insurance Co., et. al.,<br><br>    Plaintiffs,<br>v.<br><br>Western Distributing Co., et. al.,<br><br>    Defendants. | No. 08-CV-8084-PCT-PGR<br><br>**ORDER** |

Pursuant to the stipulation of dismissal (Doc. 86),

IT IS HEREBY ORDERED dismissing in its entirety the above-entitled matter with prejudice, each party to bear its own attorney's fees and costs.

DATED this 5th day of April, 2010.

_____
Paul G. Rosenblatt
United States District Judge